## People of the State of Illinois ex rel. Carl G. Anderson, Appellee, v. City of Chicago et al., Appellants.

### Gen. No. 41,749.

Heard in second division, first district, this court at June term, 1941; opinion filed November 28, 1941. Barnet Hodes, Corporation Counsel, for appellants; James A. Velde, A. A. Pantelis and Charles P. Horan, Assistant Corporation Counsel, of counsel. No appearance for appellee. Opinion by JUSTICE SULLIVAN. "Not to be published in full."